

**JUDGMENT**

# Court of Appeals

# First District of Texas

NO. 01-15-00042-CR

MICHAEL BRENT BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 163rd District Court of Orange County.  (Tr. Ct. No. B-140443-R).

This case is an appeal from the final judgment signed by the trial court on February 20, 2015.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 1, 2015.

Panel consists of Justices Radack, Massengale, and Brown. Opinion delivered by Justice Brown.